IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY E. OLSON,

    Plaintiff,

v.

TIM DOUMA, JANEL NICKEL, DONALD MORGAN, RANDY SCHNEIDER and LILLIAN TENEBRUSCO,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-282-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Tim Douma and Janel Nickel; and

    (2) granting summary judgment in favor of Lillian Tenebrusco, Donald Morgan and Randy Schneider and dismissing this case.

_Peter Oppeneer_, Clerk of Court      7/24/12, Date